IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF KANSAS

| | |
|---|---|
| GLOBUS MEDICAL INC.<br><br>    Plaintiff,<br><br>    v.<br><br>TIM LAZENBY;<br>INNOVASIS, INC.<br><br>    Defendants. | Civil Action No. 6:11-cv-01330-JAR-GLR<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff Globus Medical Inc. ("Globus"), respectfully moves this Court for expedited discovery regarding the solicitation, recruitment, hiring, and/or contracting of Defendant Tim Lazenby ("Lazenby") by Defendant Innovasis, Inc. ("Innovasis"), and Lazenby's willful and continued breach of the Non-Compete, Non-Solicitation Agreement ("Agreement") he entered into with Globus. The exact requests appear below.

The targeted written discovery and depositions Globus seeks are narrowly tailored and necessary to support Globus' Motion for Preliminary Injunction.

In support of this Motion, Globus refers the Court to its Brief in Support of Motion for Expedited Discovery, which establishes that there is good cause for granting this Motion.

Pursuant to D. Kan. Rule 37.2, the undersigned Counsel for Globus certifies that they conferred with counsel for Defendants regarding this motion beginning on October 28, 2011 when they provided the requested discovery by e-mail correspondence to Defendants' then counsel. Later that day, Globus was informed that Mr. Lee Baty would be representing

Innovasis' interests and that communication should occur through his office. On October 29, 2011 Globus forwarded Mr. Baty its requested discovery and asked that he respond by October 31, 2001 with his position on the request to expedite Defendants' responses. On October 31, 2011, Globus arranged a telephone conference with all counsel for November 1, 2011 to discuss, among other things, its request to expedite discovery. On November 1, 2011, prior to the telephone conference, Globus was informed that Defendant Lazenby had retained new counsel for the pending litigation and that new counsel would join the call. Counsel for all parties participated in the conference call. Expedited discovery was discussed and it was generally agreed that counsel for Defendants would attempt to provide their position in relation to the request to expedite discovery by close of business. No response has been received as of the filing of this Motion. Globus has made a good faith effort to reach an agreement regarding an appropriate expedited discovery schedule and to otherwise resolve issues related to this Motion. Globus further states that, after consultation and at this time, no resolution has been reached.

## PROPOSED EXPEDITED DISCOVERY

Expedited Production of Documents by Defendant Lazenby:

> Document Request No. 1: All documents and communications concerning Innovasis' solicitation, recruitment, hiring, and/or contracting with you, including all documents concerning any interviews, any trips to Innovasis' headquarters, any expense reimbursements, any offer communications, and any employment, consulting, or distributorship contracts or agreements between you and Innovasis.
>
> Document Request No. 2: All communications between you and Innovasis Human Resources or other hiring and/or contracting personnel.
>
> Document Request No. 3: All documents and communications concerning your and/or Innovasis' solicitation, recruitment, hiring, and/or contracting with Mike Knorp, Jay Douglas (also known as Ralph Douglas and/or Jackson Douglas), Gant Newsom or any other current or former Globus employee since January 2010.
>
> Document Request No. 4: All communications between you and any Globus employee since your resignation on September 23, 2011.

Document Request No. 5:  All documents and communications concerning pricing approval for Innovasis spine products for Via Christi Health or Coffeyville Regional Medical Center.

Document Request No. 6:  All documents and communications concerning any sales of Innovasis spine products by you or any other Innovasis employee to Via Christi Health or Coffeyville Regional Medical Center since January 2010.

Document Request No. 7:  All documents of Globus currently in your possession, including but not limited to documents concerning any of Globus's current, former or prospective customers, and documents concerning Globus's pricing structure and itemized pricing for products and services.

Document Request No. 8:  All documents and communications concerning expenses you incurred in connection with attending any trade shows.

Expedited Inspection of Objects of Defendant Lazenby:

Inspection Request No. 1:  All computer(s), Blackberries, external hard drives, memory sticks, flash drives, PDAs, smart-phone devices, electronic storage devices, or other media from or to which you transferred Globus data or documents.

Inspection Request No. 2:  All computer(s), cellular phones, Blackberries, PDAs, or smart-phone devices, that you used to solicit any current or former Globus employees to join Innovasis, or that you have used to solicit customers or sales for Innovasis, or to assist with the solicitation of customers or sales for Innovasis, or to perform any work for Innovasis.

Expedited Deposition of Defendant Lazenby.

Expedited Production of Documents by Defendant Innovasis:

Document Request No. 1:  All documents and communications concerning Innovasis' solicitation, recruitment, hiring, and/or contracting with Defendant Lazenby, including all documents concerning any interviews, any trips to Innovasis' headquarters, any expense reimbursements, any offer communications, and any employment, consulting, or distributorship contracts or agreements between Innovasis and Defendant Lazenby.

Document Request No. 2:  All documents and communications concerning Innovasis' or Defendant Lazenby's solicitation, recruitment, hiring, and/or contracting with Gant Newsom, including all documents concerning any interviews, any trips to Innovasis' headquarters, any expense reimbursements, any offer communications, and any employment, consulting, or distributorship contracts or agreements between Mr. Newsom and Innovasis.

Document Request No. 3:  All documents and communications concerning Innovasis' or Defendant Lazenby's solicitation, recruitment, hiring, and/or contracting with Mike Knorp or Jay Douglas (also known as Ralph Douglas and/or Jackson Douglas), including all documents concerning any interviews, any trips to Innovasis' headquarters, any expense reimbursements, any offer communications, and any employment, consulting, or distributorship contracts or agreements between Mr. Knorp or Mr. Douglas and Innovasis.

Document Request No. 4:  All documents and communications concerning Innovasis' or Defendant Lazenby's solicitation, recruitment, hiring, and/or contracting with any other current or former Globus employee since January 2010.

Document Request No. 5:  All documents and communications concerning Innovasis' relationship with CoreMD.

Document Request No. 6:  All communications between Innovasis and Defendant Lazenby and/or communications referencing Defendant Lazenby.

Document Request No. 7:  All documents and communications concerning sales of spine products to Via Christi Health or Coffeyville Regional Medical Center from January 2009 through the present.

Document Request No. 8:  All documents and communications concerning pricing approval for Innovasis spine products for Via Christi Health or Coffeyville Regional Medical Center.

Document Request No. 9:  All documents of Globus currently in your possession, including but not limited to documents concerning any of Globus's current, former or prospective customers, and documents concerning Globus's pricing structure and itemized pricing for products and services.

Document Request No. 10:  All documents and communications concerning expenses Defendant Lazenby incurred in connection with attending any trade shows.

Expedited Inspection of Objects of Defendant Innovasis:

Inspection Request No. 1:  All Innovasis computer(s), Blackberries, external hard drives, memory sticks, flash drives, PDAs, smart-phone devices, electronic storage devices, or other media that contain or contained Globus data or documents.

Inspection Request No. 2:  All computer(s), cellular phones, Blackberries, PDAs, or smart-phone devices, that Defendant Lazenby used to solicit any current or former Globus employees to join Innovasis, or to solicit customers or sales for Innovasis, or to assist with the solicitation of customers or sales for Innovasis, or to perform any work for Innovasis.

Expedited Deposition of an Innovasis Corporate Designee to address the following topics:

(a)     Innovasis' solicitation, recruitment, hiring, and/or contracting with Mike Knorp, Jay Douglas (also known as Ralph Douglas and/or Jackson Douglas), Defendant Lazenby and any other Globus employees since January 2010;

(b)     Defendant Lazenby's work on behalf of Innovasis to date, including all sales Defendant Lazenby has made or assisted with on behalf of Innovasis to date;

(c)     All sales of Innovasis products to current or former customers of Globus, including, but not limited to, Via Christi Health and Coffeyville Regional Medical Center since January 2009;

(d)     Innovasis' relationship with CoreMD.

Dated this 1st day of November, 2011.

        By: s/ S. Douglas Mackay

| | |
|---|---|
| Alan L. Rupe | #08914 |
| S. Douglas Mackay | #16788 |

KUTAK ROCK LLP
Suite 150
1605 North Waterfront Parkway
Wichita, KS  67206-6635
Telephone:  316-609-7900
Fax:  316-630-8021
alan.rupe@kutakrock.com
doug.mackay@kutakrock.com

AND

Sarah Bouchard (admission pending)
Brandon Brigham (admission pending)
Lauren Marzullo (admission pending)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone:  215-963-5000
Fax:  215-963-5001
sbouchard@morganlewis.com
bbrigham@morganlewis.com
lmarzullo@morganlewis.com

*Counsel for Plaintiff, Globus Medical, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the foregoing via email upon the following:

Lee M. Baty
BATY, HOLM, NUMRICH &
OTTO, P.C.
210 Plaza West Building
4600 Madison Avenue
Kansas City, MO  64112
Telephone:  816-531-7200
Fax:  816-531-7201
lbaty@batyholm.com

Counsel for Defendant Innovasis, Inc.

Terry L. Mann
MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.
100 N. Broadway, Suite 500
Wichita, Kansas  67202
Telephone:  316-265-9311
Fax:  316-265-2955 (fax)
tlmann@martinpringle.com

Counsel for Defendant Tim Lazenby

**s/ S. Douglas Mackay**
S. Douglas Mackay                    #16788
